**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 279 WAL 2021

         Respondent                 :

                                    :  Petition for Allowance of Appeal
                                    :  from the Order of the Superior Court

          v.                    :

                                    :

DOMINIQUE ERNEICE JONES,         :

                                 :

         Petitioner               :

<u>**ORDER**</u>

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.